```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/11/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      -against-

ROBERT GAUGHRAN and KEVIN CLUNE,

                Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

1:17-CV-10026 (GHW)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 29). A telephone conference will be held on **Monday, May 7, 2018 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers **on Monday, May 7, 2018 at 4:00 p.m.** with counsel for all parties on the line. Please dial 212-805-0234.

      SO ORDERED.

Dated: April 11, 2018
       New York, New York

                                        _____
                                        KATHARINE H. PARKER
                                        United States Magistrate Judge