```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                                Plaintiff,

              -against-

ROBERT GAUGHRAN and KEVIN CLUNE,

                                Defendants.

-----------------------------------------------------------------X
```

**ORDER SCHEDULING TELEPHONE CONFERENCE**

1:17-CV-10026 (GHW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/09/2018

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephone settlement status conference in this matter is scheduled for **Wednesday, July 25, 2018 at 9:45 a.m.**  Counsel for the Plaintiff, and counsel for Defendant Gaughran are directed to call Judge Parker's Chambers at 9:45 a.m. on Wednesday, July 25, 2018 with counsel for all parties on the line.  Please dial 212-805-0234.

SO ORDERED.

Dated: July 9, 2018
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge