```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES AND EXCHANGE  :
COMMISSION,  :
  :
                                Plaintiff,  :      1:17-cv-10026-GHW
  :
      -against-  :      <u>ORDER</u>
  :
ROBERT GAUGHRAN and KEVIN CLUNE,  :
  :
                            Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      By letter dated July 18, 2018, the SEC informed the Court that it has reached a settlement in principle with Defendant Robert Gaughran. Dkt. No. 55. Accordingly, the motion to dismiss filed by Gaughran (Dkt. No. 48) is withdrawn. In light of the withdrawal of the motion, the SEC's request for a stay of the briefing schedule in connection with that motion (Dkt. No. 55) is denied as moot. The SEC is directed to file a letter updating the Court of the status of the Commissioners' review of the settlement with Gaughran no later than September 12, 2018.

      The SEC has now reached settlements in principle with each of the defendants in this matter. In the event the Commissioners approve the settlements, the SEC is directed to promptly file the appropriate documents for the Court's review of the settlements. *See S.E.C. v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294 (2d Cir. 2014).

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 48 and 55.

      SO ORDERED.

Dated: July 18, 2018  
New York, New York

                                                                          GREGORY H. WOODS  
                                                                     United States District Judge