

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET, NE
MAILSTOP 5876
WASHINGTON, D.C. 20549-5876

SUSAN PECARO
TRIAL COUNSEL
MAIL STOP 5876
DIRECT DIAL: (202) 551-4489

DIVISION OF
ENFORCEMENT

December 31, 2019

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1212

Re: SEC v. Robert Gaughran and Kevin Clune, 17 Civ. 10026 (GHW)

Dear Judge Woods,

     On December 23, 2019, a motion was filed in this matter entitled "Plaintiff Securities and Exchange Commission's Notice of Motion, Motion, and Memorandum of Law in Support of an Order Directing the Transfer of Funds to Related Proceeding for Distribution and Directing that All Funds Paid by Defendants Be Included in the Fair Fund." The Order approving the motion was issued on December 26, 2019.

     I am writing to inform you that the SEC filing contains an inadvertent misrepresentation on page 4 that Defendant Clune had not yet made a second payment pursuant to his ordered payment plan and that the second payment was overdue. Undersigned counsel checked with our Office of Financial Management ("OFM") prior to filing the motion, but for some reason, Defendant Clune's payment was not yet reflected in our system. Subsequently, undersigned counsel contacted OFM again and confirmed that the payment had in fact been made prior to our submission. I regret the error.

     If you have any questions or concerns regarding this matter, please call me at 202.551.4489 or email me at pecaros@sec.gov.

Best regards,

Susan

Susan S. Pecaro
SEC Division of Enforcement
Office of Distributions
100 F Street, NE
Washington, D.C. 20549-5876